**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1289**

———————

RICHARD PHILLIP OF THE FAMILY VALDEZ,

Plaintiff - Appellant,

v.

ALANA TUCKER, through Region 3 IV-D Agency,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:24-cv-00468-AWA-DEM)

———————

Submitted:  August 28, 2025                    Decided:  September 2, 2025

———————

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

———————

Affirmed as modified by unpublished per curiam opinion.

———————

Richard Phillip of the Family Valdez, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Phillip of the Family Valdez appeals the district court's order granting the defendant's motion to dismiss and dismissing his pro se 42 U.S.C. § 1983 complaint. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order, *Richard Phillip of the Fam. Valdez v. Tucker*, No. 2:24-cv-00468-AWA-DEM (E.D. Va. Feb. 28, 2025), as modified to reflect dismissal without prejudice, *see Pense v. Md. Dep't of Pub. Safety & Corr. Servs.*, 926 F.3d 97, 99, 103 (4th Cir. 2019) (remanding for dismissal without prejudice based on Eleventh Amendment immunity); *King v. Rubenstein*, 825 F.3d 206, 225 (4th Cir. 2016) (recognizing that dismissal of pro se complaint generally should be without prejudice if district court did not give plaintiff opportunity to amend nor discuss why amendment would be futile). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*